

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2022

No. 04-22-00310-CR

Julio C. **RIVERON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR2932
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on August 25, 2022, and after we granted two motions for extension of time, the deadline was extended to October 11, 2022. However, to date, the brief has not been filed. This court notified appellant's counsel of the deficiency on October 13, 2022. *See* TEX. R. APP. P. 38.8(b)(2). We have received no response.

Pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we abate this case to the trial court and ORDER the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed or retained counsel abandoned the appeal? Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from the appellant. The trial court shall, however, order the appellant's counsel to be present at the hearing.

The trial court is further ORDERED to file supplemental clerk's and reporter's records in this court, no later than **December 20, 2022**, which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions. All appellate filing dates are ABATED pending further orders from this court.

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2022.

MICHAEL A. CRUZ, Clerk of Court